In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 20,973, Issued to Joseph H. Miller, Appellant. — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.

In the Matter of the Final Judicial Settlement of the Accounts of Thomas J. McGowan, as Executor, etc., of Michael O'Neil, Deceased.— Decree of the Surrogate's Court of Rockland county affirmed by default, with costs. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Anna Katzner, Respondent, v. Samuel Wiener and Rosa Wiener, Appellants.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs. No opinion. Jenks, P, J., Thomas, Stapleton and Rich, JJ., concurred.

Emilie Kuntz and Jacob Medicus, as Executors, etc., of Bertha Brinckmann, Deceased, Respondents, Appellants, v. Nils Peter Emil Peterson and Sarah M. Peterson, Appellants, and Another, Defendant.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Edward Laufer, Respondent, v. Louis E. Blackwell, Appellant.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.

Mary Lubitz, Appellant, v. Peter Mathes, Respondent.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order of the County Court of Kings county modified by providing as a condition of opening the default that defendant pay the costs absolutely within ten days from entry of this order, the judgment to stand as security, and as so modified affirmed,